Vincent W. Davis, Esq. (SBN 125399)
Daniel C. Sharpe, Esq. (SBN 267075)
Law Offices of Vincent W. Davis & Associates
150 North Santa Anita Avenue, Suite 200
Arcadia, California 91006
Telephone: (626) 446-6442
Facsimile: (626) 446-6454
Email: daniel@vincentwdavis.com
Attorneys for Plaintiffs
JEFF RAGAN and JANINE RAGAN

Nancy K. Delaney, Esq. (SBN 70617)
William F. Mitchell, Esq. (SBN 159831)
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, California 95502
Telephone: (707) 443-5643
Facsimile: (707) 444-9586
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF RAGAN, an Individual; JANINE RAGAN, an Individual;<br><br>PLAINTIFFS<br><br>v.<br><br>COUNTY OF HUMBOLDT, by and through DEPARTMENT OF HEALTH AND HUMAN SERVICES; CONNIE BECK, an Individual; KERI SCHROCK, an Individual; ANN SEAQUIST, an Individual; DOLORES HICKENBOTTOM, an Individual; and DOES 1 through 50, inclusive,<br><br>DEFENDANTS | Case No.: 3:16-CV-05580-rs<br><br>*[Assigned for all matters to the **Honorable Judge Richard Seeborg Courtroom 3**]*<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT; [~~PROPOSED~~] ORDER** |

**TO THE HONORABLE RICHARD SEEBORG, UNITED STATES DISTRICT JUDGE, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs JEFF RAGAN and JANINE RAGAN, Defendants COUNTY OF HUMBOLDT, CONNIE BECK, KERI SCHROCK, ANN SEAQUIST, and DOLORES HICKENBOTTOM, by and through their respective counsels of record, jointly request, pursuant to stipulation, that this Honorable Court continue the deadline for Plaintiffs to file their Anticipated Opposition to Defendants' Motion to Dismiss, or, alternatively, for Summary Judgment.

This stipulation to continue the deadline to file Plaintiffs' Opposition is based on the fact that Plaintiffs' counsel did not receive the unredacted Memorandum of Points and Authorities in support of said motion, nor the unredacted exhibits lodged under seal, until after this Honorable Court signed and filed the Stipulated Protective Order on January 17, 2017. See Docket No. 23. As such, there was a significant delay between when Defendants filed said Motion to Dismiss and Plaintiffs' counsel received a complete version of the supporting documents and arguments, such that Plaintiffs necessarily require an extension of time to allow for the fourteen (14) days normally provided for filing an Opposition pursuant to L.R. 7-3(a) so that the Motion may be properly opposed on its merits. Counsel of record for all Parties hereby stipulate and agree as follows:

## I.   TIMING OF MOTION AND DISCLOSURE

WHEREAS, this lawsuit was filed on September 30, 2016, alleging deprivation of civil rights by individual defendants and asserting *Monell* liability against the employing municipality, Defendant County of Humboldt, arising from the actions and inactions of defendants related to a juvenile dependency matter. See Docket No. 1.

WHEREAS, on October 17, 2016, the case was formally assigned to the Honorable Judge Richard Seeborg. See Docket No. 11.

WHEREAS, on January 5, 2017, Waivers of Service were filed on behalf of all defendants. See Docket Nos. 14-18.

WHEREAS, on January 13, 2017, Defendants filed a Motion to Dismiss, or, in the alternative, Motion for Summary Judgment, asserting that as a matter of law

Plaintiffs should not be allowed to proceed with any of the asserted claims contained in the Complaint. See Docket No. 22.

Whereas, because of the confidentiality surrounding juvenile dependency proceedings generally, as well as the confidentiality of minor J.H. as identified in the Complaint, Defendants filed a Motion to File Under Seal the unredacted Motion to Dismiss as well as the Exhibits filed in support of the same. See Docket No. 21.

WHEREAS, on January 18, 2016, this Honorable Court granted Defendants Motion to File Under Seal. See Docket No. 24.

WHEREAS, previously, parties met and conferred and agreed that disclosure of the unredacted documents in support of Defendants' Motion to Dismiss would be sent by express mail or similar means immediately once a protective order was in place to allow the transmission of such confidential documents relating to the juvenile dependency proceedings. As part of this conference of counsel, it was informally agreed that Defendants would stipulate to an extension of time in which to allow Plaintiffs to file a responsive pleading, so as to allow the full statutory time period to oppose the motion once Plaintiffs and their counsel were in full possession of the unredacted documents previously filed under seal.

WHEREAS, Parties filed a Joint Stipulation for Protective Order on January 13, 2017, requesting that this Honorable Court allow counsel for the parties to freely transmit confidential or otherwise sensitive juvenile dependency documents to each other as necessary. See Docket No. 20.

WHEREAS, on January 17, 2017, this Honorable Court signed and filed the Stipulated Protective Order, pursuant to the parties' Joint Stipulation for the same. See Docket No. 23.

WHEREAS, subsequent to the signing and filing of the Stipulated Protective Order, counsel for the defendants caused the unredacted versions of documents – previously filed under seal with this Honorable Court – to be transmitted to counsel for Plaintiffs via UPS. Plaintiffs' counsel received said documents on or about

January 18, 2017 and counsel for Plaintiffs first reviewed said documents on January 19, 2017.

WHEREAS, L.R. 7-3(a) for the Northern District of California expressly requires that an Opposition to a pending Motion must be filed no later than 14 days after the motion was filed. Based on plain language of this rule, Plaintiffs' counsel is presently obligated to file an Opposition no later than Friday, January 27, 2017.

WHEREAS, the delay of approximately six (6) days in obtaining the unredacted Points and Authorities and the supporting exhibits, substantially prevents Plaintiffs' counsel from preparing and filing a thorough and complete Opposition to the Motion to Dismiss by Friday, January 27, 2017.

WHEREAS, having met and conferred, counsel for all parties, in good faith and in an effort to allow for full and fair litigation of the issues raised in Defendants' pending Motion to Dismiss, or, alternatively, Motion for Summary Judgment, hereby stipulate and agree to the following:

1. That the deadline for Plaintiffs to file their anticipated Opposition to Defendants Motion to Dismiss, or, alternatively, Motion for Summary Judgment, be extended continued one week, from Friday, January 27, 2017 to Friday, February 3, 2017.

2. That the deadline for filing of Defendants' Reply shall be February 10, 2017.

## II.   REQUESTED ORDER

For the above described reasons, which demonstrate the diligence of parties in working in good faith to litigate the issues set forth in both Plaintiffs' Complaint and Defendants' pending Motion to Dismiss, this Honorable Court issue an Order as Follows:

| Event | Old Date | New Date |
|---|---|---|
| Deadline to Oppose Motion to Dismiss | 1/27/2017 | 2/3/2017 |
| Deadline for Reply | 2/03/2017 | 2/10/2017 |

IT IS SO STIPULATED.

DATED: January 20, 2017        By:  /s/ Nancy K. Delaney
                                    Nancy Delaney
                                    William Mitchell
                                    Attorneys for Defendants


DATED: January 20, 2017        By:  /s/ Daniel C. Sharpe
                                    Vincent W. Davis, Esq.
                                    Daniel C. Sharpe, Esq.
                                    Attorneys for Plaintiffs

*  *  *  *

## ORDER

Good cause appearing, based upon the Stipulation of the parties through counsel, filing dates should be extended as follows:

1. Plaintiffs' Opposition to Defendants' Motion to Dismiss, or, alternatively, Motion for Summary Judgment, shall be due no later than February 3, 2017; and

2. Defendants' Reply to the Opposition shall be due no later than February 10, 2017.

IT IS SO ORDERED.

DATED:  1/23/17

HONORABLE RICHARD SEEBORG
United States District Court